# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Barrett, Amy C. | 2. Court or Organization<br><br>7th Circuit | 3. Date of Report<br><br>05/08/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br>☑ Nomination    Date 05/08/2017<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2016<br>to<br>4/25/2017 |
| 7. Chambers or Office Address<br><br>Eck Hall of Law<br>Notre Dame Law School<br>Notre Dame, IN 46556 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Professor | Notre Dame Law School |
| 2.  Trustee | Trinity Schools, Inc. |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/08/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | University of Notre Dame, salary | $201,548.00 |
| 2. 2015 | Alliance Defending Freedom, honorarium | $2,100.00 |
| 3. 2015 | The Federalist Society, honoraria | $3,000.00 |
| 4. 2015 | Cengage Learning, Inc., honorarium | $600.00 |
| 5. 2016 | University of Notre Dame, salary | $209,676.00 |
| 6. 2016 | Alliance Defending Freedom, honorarium | $2,100.00 |
| 7. 2016 | The Federalist Society, honoraria | $3,000.00 |
| 8. 2016 | National Constitution Center, honorarium | $1,000.00 |
| 9. 2016 | The Veritas Forum, Inc., honorarium | $3,500.00 |
| 10. 2017 | University of Notre Dame, salary | $48,245.00 |
| 11. 2017 | The Federalist Society, honorarium | $1,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/08/2017 |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/08/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Trinity School at Greenlawn | Tuition Agreements | J |
| 2. St. Joseph Grade School | Tuition Agreements | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Cash Accounts | A | Int./Div. | J | T | Exempt | | | | |
| 2. Rental of Residence, South Bend, IN | E | Rent | N | W | | | | | |
| 3. Brokerage Account #1 (H) | | | | | | | | | |
| 4. - Fidelity Dividend Growth | A | Dividend | K | T | | | | | |
| 5. - Fidelity Trend | A | Dividend | K | T | | | | | |
| 6. - Fidelity Money Market Fund | A | Dividend | K | T | | | | | |
| 7. - Wal-Mart Stores Inc. Com. | A | Dividend | J | T | | | | | |
| 8. Brokerage Account #2 (H) | | | | | | | | | |
| 9. - American Funds AMCAP F2 | A | Dividend | J | T | | | | | |
| 10. - American Funds American Mutual Fund F2 | A | Dividend | J | T | | | | | |
| 11. - Blackrock Global Long/Short Credit Institutional | A | Dividend | J | T | | | | | |
| 12. - Securian Brokerage Money Market Account | A | Dividend | J | T | | | | | |
| 13. - Dodge & Cox Income | A | Dividend | J | T | | | | | |
| 14. - Franklin Mutual Global Discovery Fund - Class Z | A | Dividend | K | T | | | | | |
| 15. - Oppenheimer Senior Floating Rate Fund | A | Dividend | J | T | | | | | |
| 16. - PIMCO Funds Income Fund Institutional | A | Dividend | K | T | | | | | |
| 17. - Principal Global Diversified Income Fund Class (P) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Oppenheimer Steelpath MLP Select 40 Fund Class I | A | Dividend | J | T | | | | | |
| 19. - Templeton Global Bond Fund - Advisor Class | A | Dividend | K | T | | | | | |
| 20. - Vanguard Specialized Portfolio REIT Index ADM | A | Dividend | K | T | | | | | |
| 21. - PIMCO Short-Term | A | Dividend | J | T | | | | | |
| 22. - AMG Yacktman Fund Service Class | B | Dividend | K | T | | | | | |
| 23. - Homestead Small-Company Stock Fund | A | Dividend | K | T | | | | | |
| 24. - Loomis Strategic Income Fund-Y | A | Dividend | J | T | | | | | |
| 25. - American Funds New Perspective Fund-F3 | A | Dividend | J | T | | | | | |
| 26. - Oppenheimer Developing Markets Fund Y | A | Dividend | J | T | | | | | |
| 27. - Oppenheimer International Small Company | A | Dividend | J | T | | | | | |
| 28. - Primecap Odyssey Funds Growth Fund | A | Dividend | J | T | | | | | |
| 29. - Rowe T. Price Blue Chip Growth Blue Chip GW I | A | Dividend | J | T | | | | | |
| 30. - Lord Abbett Short Duration Income Fund Class F | A | Dividend | J | T | | | | | |
| 31. - Prudential Short-Term Corporate Bond Fund, Inc., Class Z | A | Dividend | | | | | | | |
| 32. - Weitz Short-Intermediate Income Fund | A | Dividend | | | | | | | |
| 33. - Franklin Strategic Income Fund Advisor Class | A | Dividend | | | | | | | |
| 34. IRA #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   - American Funds New Perspective F2 | A | Dividend | J | T | | | | | |
| 36.   - AMG Yacktman Fund Service Class | A | Dividend | K | T | | | | | |
| 37.   - Securian Brokerage Money Market Account | A | Dividend | J | T | | | | | |
| 38.   - Homestead Small-Company Stock Fund | A | Dividend | K | T | | | | | |
| 39.   - Loomis Strategic Income Fund-Y | A | Dividend | J | T | | | | | |
| 40.   - Franklin Mutual Global Discovery Fund-Class Z | A | Dividend | J | T | | | | | |
| 41.   - Oppenheimer Developing Markets Fund Y | A | Dividend | J | T | | | | | |
| 42.   - Principal Global Diversified Income Fund Class P | A | Dividend | J | T | | | | | |
| 43.   - Rowe T. Price Blue Chip Growth Blue Chip GW 1 | A | Dividend | J | T | | | | | |
| 44.   - TCW Total Return Bond 1 | A | Dividend | J | T | | | | | |
| 45.   - Templeton Global Bond Fund-Advisor Class | A | Dividend | J | T | | | | | |
| 46.   - Vanguard Specialized Portfolio REIT Index ADM | A | Dividend | J | T | | | | | |
| 47.   IRA #2 (H) | | | | | | | | | |
| 48.   - American Funds Capital Income Builder Class C | A | Dividend | J | T | | | | | |
| 49.   - Securian Brokerage Money Market Account | | None | J | T | | | | | |
| 50.   IRA #3 (H) | | | | | | | | | |
| 51.   - AQR Funds Managed Future Strategies 1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Securian Brokerage Money Market Account | A | Dividend | J | T | | | | | |
| 53. - Columbia Commodity Strategy Fund-R4 | A | Dividend | J | T | | | | | |
| 54. - Dodge & Cox International Stock Fund | A | Dividend | J | T | | | | | |
| 55. - Harbor International Fund | A | Dividend | J | T | | | | | |
| 56. - Homestead Value Fund | A | Dividend | J | T | | | | | |
| 57. - Invesco Growth Ser. Inv. Conv. Sec. Fund Y | A | Dividend | J | T | | | | | |
| 58. - Loomis Strategic Income Fund-Y | A | Dividend | J | T | | | | | |
| 59. - Northern Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 60. - Oppenheimer Developing Markets Fund Y | A | Dividend | J | T | | | | | |
| 61. - Primecap Odyssey Funds Growth Fund | A | Dividend | J | T | | | | | |
| 62. - Principal High Yield (P) | A | Dividend | J | T | | | | | |
| 63. - Prudential Global Real Estate Class Z | A | Dividend | J | T | | | | | |
| 64. - Rowe T. Price Blue Chip Growth Blue Chip Gw. 1 | A | Dividend | J | T | | | | | |
| 65. - JP Morgan Small Cap Growth Fund-L | A | Dividend | J | T | | | | | |
| 66. - Templeton Global Bond Fund-Advisor Class | A | Dividend | J | T | | | | | |
| 67. - Victory Munder International Small-Cap Fund Class Y | A | Dividend | J | T | | | | | |
| 68. - Goldman Sachs Mid Cap Value Inst. | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Lord Abbett Total Return | A | Dividend | | | | | | | |
| 70. - American Funds New Perspective Class C | A | Dividend | | | | | | | |
| 71. -American Funds Growth Fund of America Class C | A | Dividend | | | | | | | |
| 72. 403(B) (H) | | | | | | | | | |
| 73. - Vanguard Institutional Tr. 2040 | A | Dividend | O | T | | | | | |
| 74. 401(K) (H) | | | | | | | | | |
| 75. - Fidelity Low Price Stock | A | Dividend | L | T | | | | | |
| 76. - Vanguard Extended Market Index Fund Institutional Shares | A | Dividend | K | T | | | | | |
| 77. - PIMCO Total Return Institutional Class | A | Dividend | J | T | | | | | |
| 78. Indiana 529 Plan #1 (H) | | | | | | | | | |
| 79. - U.S. Equity Index Portfolio | | None | L | T | | | | | |
| 80. - International Portfolio | | None | J | T | | | | | |
| 81. - Bond Portfolio | | None | J | T | | | | | |
| 82. 529 Plan #2 (H) | | | | | | | | | |
| 83. - Louisiana Principal Protection Fund | A | Distribution | J | T | | | | | |
| 84. - Vanguard Institutional Total Stock Market Index, Inst. Plus | A | Dividend | K | T | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. I served on the Board of Trustees for Trinity Schools, Inc. The trust was not created directly by the reporting person, her spouse, or any dependent child; and neither the filer, her spouse, nor any dependent child has any knowledge of the holdings or sources of income.

Part III-A. I received all listed honoraria prior to my nomination.

Part VII, Line 2. My spouse rents out our residence for a limited number of nights per year. The value in Column C is the estimated value of the residence. There is an outstanding mortgage on the residence that is not listed in Part VI because it is the primary residence. The income from the rentals does not cover mortgage payments and upkeep costs.

Part VII, Lines 12, 37, 49, and 52. The Securian Brokerage Money Market Accounts are holding accounts for cash in the accounts.

Part VII, Lines 72 and 78. The 403(b) account and the 529 account provide the market value of the investment vehicles in the accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Amy C. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 9 | 877 | Notes payable to banks-secured (auto) | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 278 | 131 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | | 175 | 021 |
| Real estate owned – see schedule | | 423 | 822 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 7 | 045 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | 10 | 000 | | | | |
| Thrift Savings Plan | | 238 | 198 | | | | |
| Indiana CollegeChoice 529 | | 96 | 311 | | | | |
| Louisiana START Saving Program (Louisiana Principal Protection Fund) | | 6 | 811 | Total liabilities | | 175 | 021 |
| | | | | Net Worth | 1 | 895 | 174 |
| Total Assets | 2 | 070 | 195 | Total liabilities and net worth | 2 | 070 | 195 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

# FINANCIAL STATEMENT

## NET WORTH SCHEDULES

Listed Securities

| | |
|---|---|
| Fidelity Dividend Growth | $32,892 |
| Fidelity Trend | 25,898 |
| Fidelity Money Market | 39,678 |
| Wal-Mart Stores Inc. Com. | 2,173 |
| Vanguard Institutional Tr. 2040 | 624,162 |
| Fidelity Low Price Stock | 80,821 |
| Vanguard Extended Market Index Fund Institutional Shares | 16,827 |
| PIMCO Total Return Institutional Class | 21 |
| Principal Global Diversified Income Fund Class P | 18,314 |
| American Funds Capital Income Builder Class C | 1,075 |
| American Funds New Perspective F2 | 11,013 |
| Franklin Mutual Global Discovery Fund - Class Z | 33,074 |
| American Funds New Perspective Fund-F3 | 13,866 |
| Securian Brokerage Money Market Account | 7,808 |
| Oppenheimer Developing Markets Fund Y | 15,350 |
| Dodge & Cox International Stock Fund | 5,082 |
| Harbor International Fund | 5,661 |
| Oppenheimer International Small Company | 7,087 |
| Victory Munder International Small-Cap Fund Class Y | 2,738 |
| American Funds AMCAP F2 | 10,237 |
| Primecap Odyssey Funds Growth Fund | 9,185 |
| Rowe T Price Blue Chip Growth Blue Chip GW 1 | 30,767 |
| American Funds American Mutual Fund F2 | 10,239 |
| Homestead Value Fund | 8,218 |
| Columbia Commodity Strategy Fund-R4 | 1,553 |
| Prudential Global Real Estate Class Z | 2,783 |
| Vanguard Specialized Portfolio REIT Index ADM | 19,444 |
| JP Morgan Small Cap Growth Fund-L | 2,835 |
| Homestead Small-Company Stock Fund | 36,912 |
| Northern Small Cap Value Fund | 4,792 |
| AMG Yacktman Fund Service Class | 36,965 |
| AQR Funds Managed Future Strategies 1 | 2,607 |
| Dodge & Cox Income | 12,693 |
| Oppenheimer Senior Floating Rate Fund | 12,530 |
| PIMCO Short-Term | 4,325 |
| Lord Abbett Short Duration Income Fund Class F | 4,348 |
| TCW Total Return Bond 1 | 5,529 |
| Templeton Global Bond Fund-Advisor Class | 32,206 |
| Principal High Yield (P) | 1,611 |
| Invesco Growth Services Inv. Convertible Securities Fund Y | 1,581 |
| PIMCO Funds Income Fund Institutional | 19,721 |
| Blackrock Global Long/Short Credit Institutional | 12,632 |

| | |
|---|---:|
| Loomis Strategic Income Fund-Y | 19,436 |
| Oppenheimer Steelpath MLP Select 40 Fund Class 1 | 6,254 |
| Vanguard Institutional Total Stock Market Index, Inst. Plus | 25,188 |
| Total Listed Securities | $1,278,131 |

Real Estate Owned

| | |
|---|---:|
| Personal Residence | $423,822 |
| Total Real Estate Owned | $423,822 |

Real Estate Mortgages Payable

| | |
|---|---:|
| Personal Residence – Mortgage | $175,021 |
| Total Real Estate Mortgages Payable | $175,021 |